UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BLAKE MAZUREK, et al.,

    Plaintiffs,

v.

KATHY BERDEN, et al.,

    Defendants.
_____/

Case No. 1:23-cv-185

HON. JANE M. BECKERING

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that this case is REMANDED to the state court from which it was removed.

Dated:  June 21, 2023

    /s/ Jane M. Beckering
JANE M. BECKERING
United States District Judge